UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SAMUEL WEBSTER HATCHER, SR. | ) | CASE: A18-64865-JWC |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor appeared at the meeting of creditors; however, the attorney for the Trustee was unable to conduct the meeting pursuant to 11 U.S.C. Section 341, because the Debtor could not produce proof his of social security number.

2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

3.

The Debtor has failed to file the sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1).

4.

The Debtor has failed to provide to the Trustee a copy of the 2017 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments in the amount of $983.46 in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 29th day of October, 2018.

                                                Respectfully submitted,

                                                /s/_____
                                                Maria C. Joyner
                                                Attorney for the Chapter 13 Trustee
                                                State Bar No. 118350

## CERTIFICATE OF SERVICE

Case No:  A18-64865-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
SAMUEL WEBSTER HATCHER, SR.
1671 LILY VALLEY DRIVE
LAWRENCEVILLE, GA  30045

**Attorney for the Debtor(s):**
VALLDEJULI & ASSOCIATES, LLC
2199 LENOX ROAD, NE
SUITE A
ATLANTA, GA  30324

This the 29th day of October, 2018.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303